No. 90–1124. JACOBSON v. UNITED STATES. C. A. 8th Cir. [Certiorari granted, 499 U. S. 974.] Motion of Americans for Ef-

fective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.